United States District Court
Southern District of Texas
**ENTERED**
November 02, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Kotaco Fuels, Inc., §
§
       Plaintiff, §
§
versus §    Civil Action H-20-267
§
Texas Fueling Services, Inc., §
§
       Defendant. §

## Final Dismissal

Having been advised that the parties have resolved all claims and upon their agreement, the case is dismissed with prejudice. (26)

Signed on November 2, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge